**No. 10-7427. Waquita Wallace, Petitioner v. United States.**

562 U.S. 1253, 131 S. Ct. 1563, 179 L. Ed. 2d 370, 2011 U.S. LEXIS 1109.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1116, 131 S. Ct. 840, 178 L. Ed. 2d 570, 2010 U.S. LEXIS 9725.

**No. 10-7429. Norberto Quinones, aka Jose Rosado, Petitioner v. United States.**

562 U.S. 1253, 131 S. Ct. 1563, 179 L. Ed. 2d 370, 2011 U.S. LEXIS 1295.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1116, 131 S. Ct. 840, 178 L. Ed. 2d 571, 2010 U.S. LEXIS 9809.

**No. 10-7449. Rogelio L. Valenzuela-Lopez, Petitioner v. United States.**

562 U.S. 1253, 131 S. Ct. 1563, 179 L. Ed. 2d 370, 2011 U.S. LEXIS 1248.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1116, 131 S. Ct. 841, 178 L. Ed. 2d 571, 2010 U.S. LEXIS 9778.

**No. 10-7504. Michael David Blazek, Petitioner v. United States.**

562 U.S. 1253, 131 S. Ct. 1564, 179 L. Ed. 2d 370, 2011 U.S. LEXIS 1175.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1118, 131 S. Ct. 844, 178 L. Ed. 2d 573, 2010 U.S. LEXIS 9638.

**No. 10-7606. In re Maurice Holloman, Petitioner.**

562 U.S. 1253, 131 S. Ct. 1564, 179 L. Ed. 2d 370, 2011 U.S. LEXIS 1105.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1107, 131 S. Ct. 847, 178 L. Ed. 2d 580, 2010 U.S. LEXIS 9723.

**No. 10-565. Jeffrey P. L. Tibbetts, Petitioner v. James Dittes, et al.**

562 U.S. 1254, 131 S. Ct. 1564, 179 L. Ed. 2d 370, 2011 U.S. LEXIS 1088.

February 22, 2011. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1124, 131 S. Ct. 835, 178 L. Ed. 2d 579, 2010 U.S. LEXIS 9786.

**No. 09-11555. John F. Mosley, Petitioner v. Florida.**

562 U.S. 1253, 131 S. Ct. 1564, 179 L. Ed. 2d 370, 2011 U.S. LEXIS 1097.

February 22, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 887, 131 S. Ct. 219, 178 L. Ed. 2d 132, 2010 U.S. LEXIS 6906.